ANTOINE MAURIN *v.* JOSIAS CHAMBERS and another.

APPEAL from the District Court of Rapides, *King*, J.

*Brent*, for the plaintiff.

*Dunbar* and *Hyams*, for the appellants.

MARTIN, J. The defendants are appellants from a judgment against them, as maker and endorser of their respective promissory notes.

The case is perfectly similar to that of the same plaintiff against Chambers, just decided, *supra* p. 62. The present defendants made a joint purchase from G. & F. Chrétien, of a tract of land, and each of them gave his note endorsed by the other, which notes were endorsed by the Chrétiens to the plaintiff, *without recourse*. They made the same defence as Chambers did in the preceding case, and the same evidence was given. Our judgment, therefore, must be the same.

*Judgment affirmed.*